FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF<br>v.<br><br>JOAQUIN MANCILLA-GARCIA,<br><br>                    DEFENDANT(S). | CASE NUMBER<br><br>SA11-00137M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant's counsel_____, IT IS ORDERED that a detention hearing is set for _March 30_____, _2011_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _3/28/11_____

_____
MARC L. GOLDMAN
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                                    Page 1 of 1