FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 3 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>JOAQUIN MANCILLA-GARCIA<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA11-137M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant's counsel_____, IT IS ORDERED that a detention hearing is set for __April 18_____, __2011____, at __2:00____ ☐ a.m. / ☒ p.m. before the Honorable __Marc L. Goldman, United States Magistrate Judge_____, in Courtroom __6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __3/30/2011__

__MARC L. GOLDMAN__
U.S. ~~District Judge~~/Magistrate Judge